

**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
SEP 30 2025
Superior Court of the
District of Columbia

Case No. 2025CAB006580

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

**PLAINTIFF:** Melvin Roundtree
**Address:** 1600 Maryland Ave NE #37
**City/State/Zip:** Washington DC 20002
**Telephone:** 202-866-8889
**Email:** Burriester@gmail.com

**vs**

**DEFENDANT:** Secret Service (Eye in the sky)
**Address:** 950 G Place NW 1
**City/State/Zip:** Washington DC 20002

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

On 9/19/25 between 3:20pm & 3:45pm I went to 950 G place NW, the Secret Service Office to report being raped by people who work there who also have been attacking me. The off security guard officer Hicks wrote my name and number on a napkin, who was visibly and noticibly being driven by Artificial Intelligence Chips that the Secret Service has access to and can override whoever is constantly driving (controlling). The didn't take a report claiming they don't have mangers or directors at that location. I went to Macy's at 1201 G place/G Street NW where I was wrongfully attacked and assaulted by some brown skin male who un Clocked at the exit, snatched my stroller and slammed me into the van and floors.

2. What relief are you requesting from the Court? Include any request for money damages.

- Permanent revoking of access to me and my family who they are targeting and harassing.
- Permanent Restraining order against employers of the Secret Service from 950 G Place NW and 245 Murray lane SW. • Having the employers terminated for abuse of access to gov's systems, method of
- Compensated for my belongings, cloaking and harrassment.

3. State any other information, of which the Court should be aware:

They used their ability to a.i. drive to ~~else~~ harass me at Safeway on Maryland Ave NE. They made the male, African, older security guard lie saying he didn't see anything in my bag when I entered. He looked into the bag and saw the items at the entrance and said, "Okay." Which can be seen on the camera. 9/25/25 between 1:00 pm - 1:40 pm (I don't remember the exact time I arrived) He looked into the bag after I opened it and moved my coat aside. The secret service targets this location and it's employee's who cloak to force them to do things to use it as leverage (blackmail).

### SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s).  ← Not the original text that's included on these forms. The secret service has hacked systems to change the documents and legal clauses/statements

_____
**SIGNATURE**

9-25-25
**DATE**

2